[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11273

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JAVIER SANCHEZ MENDOZA, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:21-cr-00034-LGW-BWC-1

_____

Before JORDAN, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (stating that the "touchstone" for assessing whether an appeal waiver was made knowingly and voluntarily is whether the court clearly conveyed to the defendant that he was giving up his right to appeal under most circumstances); *United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (stating that a sentence appeal waiver will be enforced if it was made knowingly and voluntarily).